IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40210
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KELVIN JERALE COLEMAN,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CR-52-1
- - - - - - - - - -
November 3, 1998

Before KING, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Kelvin Jerale Coleman appeals his sentence following a guilty plea to possession of crack cocaine with intent to distribute.  Coleman argues that the district court's determination that he possessed a firearm during the commission of the offense is clearly erroneous.  Having reviewed the record and the briefs of the parties, we find no error and AFFIRM.  See United States v. Ramos, 71 F.3d 1150, 1157-58 (5th Cir. 1995); United States v. Edwards, 65 F.3d 430, 433 (5th Cir. 1995).

     AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.